UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:16-CR-706-12 |
| | § | |
| EUSEBIO CASTILLO; aka FLACO | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1) There is a serious risk that the Defendant will not appear; and

(2) There is a serious risk that the Defendant will endanger the safety of another person or the community.

The evidence against the Defendant is substantial. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the proffer of defense counsel. The Defendant has a significant criminal history, including convictions for burglary, controlled substances, and assault, and has been unable to comply with court-ordered conditions in the past. He also has an outstanding warrant for failure to appear. He is a poor bond risk.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 6th day of September, 2016.

                                                _____
                                                B. JANICE ELLINGTON
                                                UNITED STATES MAGISTRATE JUDGE